No. 99–1354.  MENDOZA *v.* BORDEN, INC.  C. A. 11th Cir.  Certiorari denied.

No. 99–1358.  GIBSON GUITAR CORP. *v.* MEC IMPORT HANDELSGESELLSCHAFT GMBH.  C. A. 6th Cir.  Certiorari denied.

No. 99–1360.  MELLON *v.* CASSIDY.  C. A. 11th Cir.  Certiorari denied.

No. 99–1362.  KILLINO ET AL. *v.* RIVERSIDE SCHOOL DISTRICT ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–1363.  CARR *v.* GATES HEALTH CARE PLAN.  C. A. 7th Cir.  Certiorari denied.

No. 99–1372.  GOLD *v.* DALKON SHIELD CLAIMANTS TRUST.  C. A. 2d Cir.  Certiorari denied.

No. 99–1375.  MCENROY *v.* ST. MEINRAD SCHOOL OF THEOLOGY ET AL.  Ct. App. Ind.  Certiorari denied.

No. 99–1376.  SEDDIO *v.* MICHAELS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 99–1377.  HUTCHINSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF HUTCHINSON ET AL., DECEASED *v.* SPANIERMAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 99–1390.  HAYDEN *v.* ARKANSAS.  C. A. 8th Cir.  Certiorari denied.

No. 99–1391.  PACKARD *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 99–1392.  TAMBOLLEO *v.* MAINE STATE HARNESS RACING COMMISSION ET AL.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 99–1394.  SMITH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–1404.  MOORE *v.* CITY OF CALUMET CITY.  App. Ct. Ill., 1st Dist.  Certiorari denied.